CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 16 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Roanoke Division

| | |
|---|---|
| CATHY STATLER, | Civil Action No. 7:09-cv-00387 |
| *Plaintiff,* | |
| v. | Order |
| SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, | By: James C. Turk<br>Senior United States District Judge |
| *Defendant.* | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that Plaintiff's motion to set aside the final agency action (Dkt. 19) is **DENIED**, and the Defendant's cross motion for summary judgment (Dkt. 20) is **GRANTED**.

The Clerk of Court is directed to strike the case from the Court's active docket. The Clerk is further directed to send a copy of this Order and accompanying Memorandum Opinion to counsel of record for both parties.

ENTER: This 16th day of March, 2011.

_____
Hon. James C. Turk
Senior United States District Judge

8